| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Transferring Court)* CR-25-00301-001-TUC-SHR (EJM) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | |
| | | DOCKET NUMBER *(Receiving Court)* 2:25-cr-00363-RFB-DJA-1 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE  Salvador Vallejo-Parra | DISTRICT  District of Arizona | DIVISION  4: Tucson |
| | NAME OF SENTENCING JUDGE  The Honorable Scott H. Rash  United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/25/2025    TO 9/24/2030 |

OFFENSE
Title 21 U.S.C. § 952(a), 21 U.S.C. § 960(a)(1) and 21 U.S.C. § 960(b)(3), Importation of Fentanyl, a Class C Felony offense.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Vallejo-Parra currently resides and is being supervised in the District of Nevada and has no plan to reside in Arizona.

**PART 1- ORDER TRANSFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Salvador Vallejo-Parra, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/23/2025
Date

*signature*
The Honorable Scott H. Rash
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/6/2026
Effective Date

*signature*
United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Salvador Vallejo-Parra

Case No.: **2:25-cr-00363-RFB-DJA-1**

## SUPERVISION REPORT REQUESTING ACCEPTANCE OF TRANSFER OF JURISDICTION

December 31, 2025

TO:   The Honorable District Court

Mr. Vallejo-Parra appeared before the Honorable Scott H Rash, United States District Court Judge for the District of Arizona and was sentenced to a term of Probation for five years as a result of his guilty plea to one count of Importation of Fentanyl.

At the time of sentencing, Mr. Vallejo-Parra was being supervised by the United States Pretrial Services Office in the District of Nevada. Subsequently, Mr. Vallejo-Parra's probation supervision was accepted by the United States Probation Office in the District of Nevada.

Mr. Vallejo-Parra has advised that he intends to remain in the District of Nevada with no plans to return to the District of Arizona. As such, it is recommended that jurisdiction of Mr. Vallejo-Parra's case be accepted in the District of Nevada. Attached is the Probation Form 22, Transfer of Jurisdiction, which requires Your Honor's signature. Once signed and filed, the remainder of the file will be transferred from the District of Arizona.

Respectfully submitted,

Digitally signed by Shawn Mummey
Date: 2025.12.31 11:51:17 -08'00'

Shawn Mummey
Senior United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2025.12.31 11:25:15 -08'00'

Steve M Goldner
Supervisory United States Probation Officer